UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVNEET SINGH GHAI,<br><br>   Plaintiff,<br><br>   v.<br><br>USCIS, et al.,<br><br>   Defendants. | Case No. 24-cv-06186-SK<br><br>**ORDER GRANTING STIPULATION TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>Regarding Docket No. 9 |

This matter is before the Court on the parties' stipulation to transfer this case to the United States District Court for the Central District of California, pursuant to 28 U.S.C. § 1404(a). The parties stipulate that the Central District of California is a district where this case might have been brought because Plaintiff seeks scheduling an interview on his asylum application that is being processed with the United States Citizenship and Immigration Los Angeles Field Office. (Dkt. No. 9, 1.) In addition, Plaintiff's current residential address is in Chandler, Arizona (*Id.*), and the Court takes judicial notice that it is closer to Los Angeles than to San Francisco. Finally, all parties have consented to the transfer of this matter to the Central District of California. (*Id.*)

In light of the foregoing, the Court ORDERS that for the convenience of parties and witnesses, in the interest of justice, this case shall be TRANSFERRED to the United States District Court for the Central District of California. 28 U.S.C. § 1404(a). Furthermore, Defendants' time to respond to the complaint is extended to 60 days after this case is docketed with the United States District Court for the Central District of California.

**IT IS SO ORDERED**.

Dated: October 3, 2024

_____
SALLIE KIM
United States Magistrate Judge